**Order entered January 18, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00333-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417-Z**

### ORDER

Before the Court is appellant's January 13, 2023 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 20, 2023.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE